IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Tiffany Jones
5525 Mansions Blfs. Apt 1137
San Antonio, TX 78245
(754) 218-7265
allright52003@hotmail.com

Tiffany Jones,

v.

STATE FARM FIRE AND CASUALTY COMPANY
1 State Farm Plaza
Bloomington, IL 61710

Case No. (To be assigned)
COMPLAINT AND DEMAND FOR JURY TRIAL

I. JURISDICTION AND VENUE

1. This action is brought under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and the Florida Civil Rights Act.

2. Jurisdiction is proper pursuant to 28 U.S.C. §1331.

3. Venue is proper in the Middle District of Florida because the Plaintiff resided in Plant City, Florida, and was employed by the Defendant while based in Florida.

II. PARTIES

4. Plaintiff, Tiffany Jones, as a resident of Florida at all relevant times worked remotely for Defendant as a catastrophe adjuster.

5. Defendant, State Farm Fire and Casualty Company, is an insurance company headquartered in Bloomington, IL, doing business in Florida.

## III. ADMINISTRATIVE EXHAUSTION

6. Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

7. Plaintiff received a Notice of Right to Sue dated March 25, 2025, and this lawsuit is filed within 90 days of receipt.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff was employed as a catastrophe adjuster with a home base in Plant City, Florida.

9. On the job, Plaintiff sustained a work-related ankle injury due to unsafe conditions on a staged roof where no warnings or protective footwear instructions were provided.

10. After the injury, Plaintiff's workers' compensation case was erroneously closed, and Plaintiff was subsequently denied short-term disability leave and FMLA.

11. After seeking accommodations related to the injury, Plaintiff was terminated on July 10, 2024, without a formal reason.

12. Plaintiff was in a same-sex marriage and invited her wife to a job site. Following this, a manager used offensive, derogatory language directed at Plaintiff.

13. Plaintiff was further subjected to a hostile work environment involving inappropriate sexual behavior by male coworkers and management's indifference to these conditions.

14. The Defendant failed to protect Plaintiff from discrimination based on sex and sexual orientation and failed to provide reasonable accommodations related to disability.

15. Plaintiff believes the termination was based on her disability, sex, and in retaliation for requesting protected medical leave.

V. CLAIMS FOR RELIEF

COUNT I – Disability Discrimination (ADA)

16. Plaintiff incorporates all prior paragraphs.

17. Defendant failed to accommodate Plaintiff's injury and terminated her because of her actual or perceived disability.

COUNT II – Sex Discrimination and Hostile Work Environment (Title VII)

18. Plaintiff incorporates all prior paragraphs.

19. Plaintiff was subjected to derogatory treatment and termination based on her sex and sexual orientation.

20. The workplace was permeated with severe or pervasive conduct creating a hostile work environment.

COUNT III – Wrongful Termination / Retaliation

21. Plaintiff incorporates all prior paragraphs.

22. Defendant terminated Plaintiff in retaliation for seeking protected leave and asserting her rights under the ADA and FMLA.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court:

Enter judgment in her favor on all counts

Award back pay, front pay, compensatory and emotional distress damages

Award punitive damages where applicable

Order appropriate equitable relief

Award attorney's fees (when later represented), costs, and such other relief as the Court deems just

DEMAND FOR JURY TRIAL
Plaintiff demands a trial by jury on all issues so triable.

Dated: 06/19/2025
Respectfully submitted,

Tiffany Jones

*[signature]*
06/19/2025